MIED (Rev. 8/07) Notice of Correction

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

UTICA LEASCO, LLC.

          Plaintiff(s),

Case No. 16-11539

v.

Judge Gerald E. Rosen

BERMAN et al.

Magistrate Judge Anthony P. Patti

          Defendant(s).
_____/

## NOTICE OF CORRECTION

Docket entry number __30__, filed __7/25/16__, has been modified. The explanation for the correction is stated below.

- [✓] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact __David Parker__ at __(313) 234-5135__.

DAVID J. WEAVER, CLERK OF COURT

Dated: July 25, 2016

DAVID P. PARKER
Deputy Clerk